**Margaret CHAMBLESS, Appellant,**

v.

**TALA–MO, INC.**

and

**Division of Employment Security, Respondents.**

**No. ED 103406**

Missouri Court of Appeals, Eastern District, DIVISION ONE.

Filed: April 19, 2016

Kenneth Paul Carp, 12800 Boenker Ln., Bridgeton, MO 63044, Lisa Ann Tsacoumangos, Co–Counsel, 2816 January Ave., St. Louis, MO 63116, Attorneys for Appellant.

Bart Anton Matanic, attorney for Division of Employment Security, 421 East Dunklin Street, P.O. Box 59, Jefferson City, MO 65104, Thomas Richard Carnes, attorney for Tala–Mo, Inc., 3827 Gustine Avenue, St. Louis, MO 63116, The Carnes Law Firm, Attorneys for Respondents.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

## *ORDER*

### PER CURIAM

Margaret Chambless (Claimant) appeals from the decision of the Labor and Industrial Relations Commission denying Claimant unemployment benefits. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).